IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Gerald Thompson, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:16cv812 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Warden Erdos, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on November 29, 2016 a Report and Recommendation (Doc. 11). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 13).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's claims against the following defendants: Warden Erdos, Sgt. McCrosky, Officer Shaw, Officer Tackett's unknown partner, Hutchinson, Henderson, C.O. Coleman, and Officer Congus are DISMISSED with prejudice pursuant to 28 U.S.C. §§1915(e)(2)(B) and 1915A(b)(1).

To the extent that plaintiff intended to name Lt. Esham and Rogers as defendants in this action, plaintiff's claims against these individuals are also DISMISSED.

Finally, with the exception of plaintiff's retaliation claims against Dillow and Sears based on the September 22, 2016 attack - plaintiff's retaliation claims against Dillow, Sears and Payne are DISMISSED.

IT IS SO ORDERED.

                                                ___s/Susan J. Dlott_____
                                                Judge Susan J. Dlott
                                                United States District Court