# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

GERALD THOMPSON,

    Plaintiff,

v.

WARDEN ERDOS, et al.,

    Defendants.

Case No. 1:16-cv-812

Dlott, J.
Bowman, M.J.

## REPORT AND RECOMMENDATION

Plaintiff, an incarcerated individual who proceeds *pro se*, tendered a new complaint against multiple defendants on August 4, 2016.[1] After Plaintiff corrected several procedural deficiencies, the undersigned entered an Order that granted Plaintiff's motion to proceed *in forma pauperis* against some of the identified Defendants, while recommending dismissal of many of Plaintiff's claims and defendants.

On August 1, 2017, the undersigned filed a Report and Recommendation that detailed the history of the above-captioned case, including Plaintiff's extensive and repetitive motion practice, which includes multiple motions for preliminary injunctive relief and/or temporary restraining orders. (Doc. 38). Plaintiff has filed objections to the August 1 R&R, which objections remain pending before the presiding district judge. The undersigned incorporates the background and analysis of her August 1, 2017 R&R, and

---

[1] In the last R&R filed in this case, the Court took judicial notice of the fact that Plaintiff had filed two prior civil rights cases concerning his conditions of confinement: Civil Case 1:14-cv-935, and Case No. 1:15-cv-553, as well as a petition for writ of habeas corpus, which was transferred to the Northern District of Ohio, Case No. 1:16-cv-409. On May 26, 2017, Plaintiff filed yet another case in this Court: *see* Case No. 2:17-cv-461-GCS-EPD.

further incorporates, as if fully restated, an earlier R&R filed on January 18, 2017 (Doc. 19). Plaintiff has been warned in other matters not to re-file previously filed motions that have been ruled upon by the Court. Future repetitive motions will be stricken without further comment.

For the reasons previously set forth in the prior R&Rs, accordingly, **IT IS RECOMMENDED THAT** Plaintiff's latest motion for injunctive relief (Doc. 39) be **DENIED**, without awaiting a response from the Defendants, and alternatively, stricken from the record.

*s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

GERALD THOMPSON,

    Plaintiff,

v.

WARDEN ERDOS, et al.,

    Defendants.

Case No. 1:16-cv-812

Dlott, J.
Bowman, M.J.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).