IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gerald Thompson, :
:
    Plaintiff(s), :
: Case Number: 1:16cv812
  vs. :
: Judge Susan J. Dlott
Warden Erdos, et al., :
:
    Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 1, 2017 a Report and Recommendation (Doc. 38). Subsequently, the plaintiff filed objections to such Report and Recommendation.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's two latest motions for preliminary injunctive relief (Docs. 34 and 36) are DENIED for the reasons previously stated in the Report and Recommendation of January 18, 2017 and adopted by the court on January 30, 2017 (Docs. 19, 20). Plaintiff is further warned

that the filing of repetitive motions will not be tolerated.  In the future, repetitive motions will be stricken from the record without further comment.

      IT IS SO ORDERED.

      ___s/Susan J. Dlott_____
      Judge Susan J. Dlott
      United States District Court