IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gerald Thompson, :
:
    Plaintiff(s), :
: Case Number: 1:16cv812
vs. :
: Judge Susan J. Dlott
Warden Erdos, et al., :
:
    Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on November 21, 2018 a Report and Recommendations (Doc. 66). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 67).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the Court certifies that any *in forma pauperis* appeal from the Report and Recommendation will be frivolous and not taken in good faith within the meaning of 28 U.S.C. §1915(a)(3) and (2) denies plaintiff/appellant leave to proceed *in forma pauperis* on the ground that he is prohibited under the "three strikes" provision set forth in 28 U.S.C. §1915(g).

IT IS SO ORDERED.

                                                  ___s/Susan J. Dlott_____
                                                  Judge Susan J. Dlott
                                                  United States District Court