IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gerald Thompson,
:
:
    Plaintiff(s),
:
:  Case Number: 1:16cv812
vs.
:
:  Judge Susan J. Dlott
Warden Erdos, et al.,
:
:
    Defendant(s)
:

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on September 21, 2018 a Report and Recommendations (Doc. 59). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 61).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendants' motion for summary judgment (Doc. 46) is GRANTED. The motion to strike the amended complaint (Doc. 51) is GRANTED with the amended complaint filed on April 19, 2018 (Doc. 48) STRICKEN from the record. Plaintiff's remaining motions (Docs. 52, 53, 55, 56, 57, and 58) are DENIED AS MOOT. This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                                  ___s/Susan J. Dlott_____
                                  Judge Susan J. Dlott
                                  United States District Court